An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LANALSIKOV LOWE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 63107

LANALSIKOV LOWE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63108

LANALSIKOV LOWE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
CLARK COUNTY PUBLIC DEFENDER,
Real Party in Interest.

No. 63109 ✓

**FILED**

JUN 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 17229

LANALSIKOV LOWE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND CLARK COUNTY
PUBLIC DEFENDER,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63096

## ORDER DENYING PETITIONS

Docket Nos. 63107, 63108, and 63109 are proper person petitions for a writ of mandamus or, in the alternative, prohibition. Docket No. 63096 is a proper person petition for a writ of habeas corpus. Petitioner requests that the charges pending against him be dismissed with prejudice and that various attorneys and the district court judge be charged with crimes and/or suspended from the practice of law. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in these matters. NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.360; NRS 34.370; NRS 34.700; NRS 34.710. Accordingly, we

ORDER the petitions DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Lanalsikov Lowe
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk